**Opinion issued May 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00121-CV

———————————

**KITTLE PROPERTY GROUP, INC., Appellant**

**V.**

**THE CITY OF TEXAS CITY, THE CITY COMMISSION OF TEXAS CITY, THE TEXAS CITY ENGINEERING AND PLANNING DEPARTMENT, AND THE PLANNING BOARD OF TEXAS CITY, Appellees**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CV-1616**

---

## MEMORANDUM OPINION

Appellant, Kittle Property Group, Inc., filed a notice of appeal from the trial court's January 25, 2024 order sustaining the plea to the jurisdiction filed by appellees, The City of Texas City, The City Commission of Texas City, The Texas

City Engineering and Planning Department, and The Planning Board of Texas City (collectively, "appellees"). On April 25, 2024, appellant filed a motion to dismiss its appeal, stating that appellant "no longer desire[d] to pursue its appeal and hereby s[ought] to voluntarily dismiss the appeal."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference, but states that appellees do not oppose the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.